**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI**

| | | |
|---|---|---|
| DANIEL COSMAH, et al., | : | Case No. 1:25-cv-597 |
| | : | |
| Plaintiffs, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| CLICK N' CLOSE, INC., et al., | : | |
| | : | |
| Defendants. | : | |

---

### ORDER ON DEFENDANT'S MOTION TO REDACT (Doc. 5)

---

This matter is before the Court on Defendant Click N' Close, Inc.'s Motion to Redact Personal Information (Doc. 5). Plaintiffs originally filed their Complaint in the Butler County Court of Common Pleas on July 14, 2025, attaching an exhibit that contained Plaintiffs' unredacted loan numbers. (Loan Agreement, Doc. 4, Pg. ID 60, 61.) Defendants then removed the case to this Court on August 18, 2025. (*See* Notice of Removal, Doc. 1.) As part of the removal, Defendant Click N' Close refiled Plaintiffs' Complaint, also failing to redact Plaintiffs' loan numbers. (Motion, Doc. 5, Pg. ID 69.) Plaintiffs' counsel notified Defendant Click N' Close of this matter, who now moves for the Court to redact Plaintiffs' sensitive financial information. (*Id.*)

Federal Rule of Civil Procedure 5.2 provide privacy protections for court filings. Subsection (a) specifically provides that:

> Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual known to be

a minor, or a financial-account number, a party or nonparty making the filing may include only:

> (1) The last four digits of the social-security number and taxpayer-identification number;
>
> (2) The year of the individual's birth;
>
> (3) The minor's initials' and
>
> (4) The last four digits of the financial-account number.

Fed. R. Civ. P. 5.2(a). Here, an exhibit to Plaintiffs' Complaint includes the entirety of their loan number. (Loan Agreement, Doc. 4, Pg. ID 60, 61.) The Court finds that compelling reasons justify the redaction of Plaintiffs' sensitive personal information. Accordingly, Defendant Click N' Close's Motion to Redact Personal Information (Doc. 5) is **GRANTED**. Plaintiffs **SHALL FILE** an amended complaint incorporating the appropriate redactions pursuant to Federal Rule of Civil Procedure 5.2 within three (3) days of this order. Upon receipt of the amended complaint, the Court will strike Plaintiffs' original complaint.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND

2