## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| **DANIEL A. COSMAH, et al.,** | **Case No. 1:25-cv-00597** |
| *Plaintiffs,* | Judge Matthew W. MacFarland |
| vs. | |
| **CLICK N' CLOSE, INC., et al.,** | **STIPULATION DISMISSING ALL CLAIMS** |
| *Defendants.* | |

All claims filed herein having been amicably adjusted and resolved, the parties hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that this action is dismissed with prejudice at Plaintiffs' costs.

SO AGREED AND STIPULATED:


 /s/  Rick D. DeBlasis
Rick D. DeBlasis   (#0012992)
DEBLASIS LAW FIRM, LLC
201 East Fifth Street, Suite 800
Cincinnati, OH  45202
PH: 513-416-4020
EM:  Rick@DeBlasisLaw.com
*Attorney for Plaintiffs*

 /s/ Ryan P. Mueller
Ryan P. Mueller   (#0104353)
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, Ohio 43215
PH:  614 469-3939
E-mail: rmueller@jonesday.com
*Attorney for Defendant, Experian PLC*

 /s/ Daniel A. Perry
Daniel A. Perry   (0087548)
WOOD & LAMPING LLP
600 Vine Street, Suite 2500
Cincinnati, Ohio 45202
PH:  513-852-6000
Email: daperry@woodlamping.com
*Attorney for Defendant, Click N' Close, Inc.*

 /s/ Tyler K. Ibom
Tyler K. Ibom   (#0085928)
CARPENTER LIPPS LLP
280 North High Street, Suite 1300
Columbus, Ohio 43215
PH: 614 365-4100
ibom@carpenterlipps.com
*Attorney for Defendant Equifax Inc.*


 /s/ William M. Huse
William M. Huse   (#0076942)
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
10333 North Meridian Street, Suite 200

*1:25-cv-00597*

Indianapolis, IN 46290
PH:  317- 497-5600, Ext. 603
E-Mail: whuse@qslwm.com
*Attorney for Defendant, TransUnion LLC*